JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BRYANT GREY,

Plaintiff,

v.

PACIFIC INTERNATIONAL VEGETABLE MARKETING, INC., et al.,

Defendants.

No. 2:24-cv-02813-JAK (AYPx)

**JUDGMENT**

**JS-6: Case Closed**

Pursuant to the Order Regarding the Petition for Settlement Approval of Minor's Compromise entered on July 1, 2026, the settlement between Plaintiff, Bryant Grey, individually and on behalf of H.G., a minor, and Defendants Pacific International Vegetable Marketing, Inc. and OSR Enterprises, Inc. is approved on the terms and conditions set forth in the July 1, 2026, Order. That Order was conditioned on the subsequent approval of the minor's compromise by the Michigan Probate Court's entry of a "corresponding order" approving the method of disbursement. On August 19, 2026, the Michigan Probate Court for Ottawa County entered an order granting the Petition for Authority to Establish First-Party Pooled Special Needs Trust and to Assign Assets, thereby satisfying that condition.

The parties have further stipulated that this action may be dismissed with prejudice, with each party to pay its own costs. Good cause appearing, **IT IS THEREFORE ORDERED** that this action is dismissed with prejudice, with each party to bear its own costs.

Dated: August 25, 2026

John A. Kronstadt
United States District Judge